UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-00528 PA (MAAx) | Date | June 1, 2021 |
|---|---|---|---|
| Title | Martin Reiner v. Michael Nakhleh, et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: None

Attorneys Present for Defendants: None

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

On December 31, 2020, plaintiff Martin Reiner ("Plaintiff") filed a complaint against defendants Gordon Rees Scully Mansukhani LLP ("Gordon Rees"), Michael Nakhleh, Elias Nakhleh, Elite Restaurant Group, Inc., Slater's 50/50 Franchise LLC, Geoff Lee, Kimberly Howatt, Allison Jones, Anastacia Osbrink, Snell & Wilmer LLP, William O'Hare, Elizabeth Weldon, Joseph Adams, Jenny Hua, Rancho Mall LLC, Brookfield Properties Inc., QIC US Management Inc., Christine Pham, O'Hagan Meyer, Vicki Grasu, Mazyar Yaghoubian, Travelers Insurance Company, and Victory Park Capital Advisors LLC ("Defendants"). (Dkt. No. 1.) In his Complaint, Plaintiff alleges Defendants conspired together and violated (1) 42 U.S.C. § 1985 and (2) 42 U.S.C. § 1986.

On April 23, 2021, defendant Gordon Rees filed a Motion to Dismiss Plaintiff's Complaint. On May 26, 2021, the Court granted Gordon Rees' Motion to Dismiss, finding Plaintiff could not allege force, intimidation or threat as required to state a Section 1985 claim, and that no Section 1986 claim could stand absent a viable claim under Section 1985. (Dkt. No. 48.)

The Court orders Plaintiff to show cause, in writing, no later than **Tuesday, June 8, 2021**, why the Court's order granting Gordon Rees' Motion to Dismiss should not apply to the remaining Defendants in this action. Plaintiff's failure to response to the Court's order by this deadline may result in the imposition of sanctions, including dismissal of Plaintiff's Complaint as to the remaining Defendants.

IT IS SO ORDERED.