JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL NAKHLEH, et al.,<br><br>       Defendants. | CV 21-00528 PA (MAAx)<br><br>JUDGMENT |

Pursuant to (1) the Court's May 26, 2021 Order dismissing this action against defendant Gordon Rees Scully Mansukhani LLP; (2) the Court's June 10, 2021 Order dismissing this action against defendants Geoff Lee, Kimberly Howatt, Allison Jones, Anastacia Osbrink, and Travelers Insurance Company; (3) Plaintiff's March 30, 2021 voluntary dismissal of defendants Vicki Grasu and O'Hagan Meyer; (4) Plaintiff's April 9, 2021 voluntary dismissal of defendant Victory Park Capital Advisors, LLC; (5) Plaintiff's May 13, 2021 voluntary dismissal of defendants Michael Nakhleh, Elias Nakhleh, Slater's 50/50 Franchise, LLC, and Elite Restaurant Group, Inc.; (6) and Plaintiff's May 25, 2021 voluntary dismissal of defendants Rancho Mall, LLC, Brookfield Properties, Inc., QIC US Management, Inc., Christine Pham, Snell & Wilmer LLP, William O'Hare, Elizabeth Weldon, Joseph Adams, Jenny Hua, and Mazyar Yaghoubian (all jointly "Defendants");

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

2   1.   This action is dismissed with prejudice; and

3   2.   Plaintiff shall take nothing and Defendants are entitled to their costs of suit

4   pursuant to Federal Rule of Civil Procedure 54.

6   DATED: June 10, 2021

                                   _____
                                   Percy Anderson
                                   UNITED STATES DISTRICT JUDGE